Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JERMAINE L FERRELL

CASE NO. 14-70017-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 5377 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  2/21/2014    Orig. Time:    2:00 PM        Reset Date:           Reset Time:

B. Meeting Results:    Adjourned

C. Debtor(s):    Debtor 1 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of    2/21/2014    $0.00    First Payment Due Date:    2/22/2014

G. File Trustee's Motion to Dismiss because

H. B22C Information:    B22C Form is:    Complete

　　　Budgeted Income:    $2,073.75    Expense:    $1,663.75    Surplus:    $410.00

　　　Plan Payment:    $419.00                Plan Term(Months):    60

I. Value of Non-Exempt Property:    $100.00    Proposed Amount to Unsecured Creditors:    $0.00

　　　Objection to Exemption of:

　　___   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:    97-16151-7-okw

　　___   Object to Invoke Stay Pleading

　　___   Case Converted from Chapter 7, Bar Date Set:    5/22/2014    Date Converted from Chapter 7:

J. Required Information:    2011-12 tax returns

K. Business Information:

L. Object to Confirmation:    Yes

　　Plan fails to provide for Capital Loans $1,391.90 secured claim
　　Feasibility until all claims are properly treated
　　Tax return affidavit states all returns have not been filed

M. Financial Management Class:    Debtor 1 Appeared

N. Eligibility:

　　　Certificate of Credit Counseling Filed:    Debtor 1 Only

　　　Credit Counseling Provider Approved:                Yes

　　　Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No

O. Domestic Support Obligation:    $0.00    Current:        Arrears:    $0.00

　　　Affidavit and Disclosure of Domestic Support Obligations Received:    No

P. Remarks:    MTD
　　　　　-2011-12 tax returns
　　　　Questions
　　　　　-Plan fails to provide for Capital Loans $1,391.90 secured claim
　　　　　-Feasibility until all claims are properly treated
　　　　　-Tax return affidavit states all returns have not been filed
　　　　Returns are filed and he will provide them today. He will owe less than $1500 for all 3 years combined.
　　　　Also has proof of payment

Dated:    2/21/2014                        /s/ Walter O'Cheskey

　　　　　　　　　　　　　　　　　　　　　　Standing Bankruptcy Trustee

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

By:       Brent Hagan

| Case Number: | 14-70017 |
|---|---|
| Debtor: | Ferrell |
| Attorney: | White |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 2/21/2014 8:45 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Ally | $15,620.94 | 6.00% | 60 | $302.00 | $18,119.79 |
| Capital Loans -$1,391.90 not provided for | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS - $11,829.40 not provided for | $0.00 | | 1 | $0.00 | $0.00 |
| 2010-13 unas liab taxes | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,376.00 | | $3,376.00 |
|---|---|---|---|
| Noticing Fees | $111.36 | | $111.36 |
| Clerk Filing Fees | $0.00 | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | |
|---|---|---|---|
| Chapter 7 Minimum (Gross) | $100.00 | | |
| Less Trustee Fees | $10.00 | | |
| Less Attorney Fees | $3,376.00 | | |
| Less Noticing Fees | $111.36 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $17,037.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $23,995.57 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $25,140.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,144.43 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008